**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

|   |   |   |
|---|---|---|
| TONIA LASHAW TARTT, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | No. 2:17-cv-02639-JPM-tmp |
| v. | ) | |
|  | ) | |
| TENNESSEE HEALTH MANAGEMENT, | ) | |
| INC., D/B/A BEHAVIORAL | ) | |
| HEALTHCARE CENTER OF MEMPHIS, | ) | |
|  | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**AND**

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Before the Court is the Report and Recommendation of United States Magistrate Judge Tu Pham. (ECF No. 17.) In the Report and Recommendation, Magistrate Judge Pham recommends that Defendant Tennessee Health Management, Inc.'s ("THM") Motion to Dismiss (ECF No. 12) be granted because Plaintiff Tonia Tartt's complaint fails to state a claim upon which relief can be granted. (ECF No. 17, PageID 128.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). In the instant case, no objections to the Report and Recommendation were filed within the

Page 1

fourteen days after the report and recommendation were served. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 17) in its entirety.

THM's Motion to Dismiss (ECF No. 12) is hereby GRANTED, and Tartt's claims are DISMISSED WITH PREJUDICE.

**SO ORDERED**, this 2nd day of March, 2018.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE